AO 121 (Rev. 06/16) CAND version 09/21

| | |
|---|---|
| TO: See below for e-filing instructions.<br><br>~~**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000**~~ | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court for the Northern District of California<br>San Francisco Division |
| DOCKET NO.<br>3:26-cv-12137 | DATE FILED<br>10/19/2026 | |
| PLAINTIFF<br>Levine et al. | | DEFENDANT<br>Meta Platforms, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

E-FILING INSTRUCTIONS: Please fill out, save and e-file in CM/ECF under Other Filings > Other Documents > Copyright for the appropriate stage of your case:
1) Initiation of action: Attorney e-files Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
2) Adding copyright(s): Attorney e-files updated Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
3) Termination of action: Court staff completes closing section of Copyright form and e-files.;
4) Appeal: Do not use the Copyright form. Attorney to e-file the appropriate appeal notice.

# EXHIBIT A

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0004904929 | 9 Scorpions | Paul Levine | Paul Levine |
| TX0005347196 | 9 Scorpions | Gerry Bamman; Simon & Schuster, Inc., employer for hire | Paul Levine |
| TX0008610163 | Bum Deal | Paul Levine | Paul Levine / Nittany Valley Productions, Inc. |
| TX0008423625 | Bum Luck | Paul Levine | Paul Levine / Nittany Valley Productions, Inc. |
| TX0008316462 | Bum Rap | Paul Levine | Paul Levine |
| TX0008819057 | Cheater's Game | Paul J. Levine | Paul Levine |
| TX0009207082 | Early Grave | Paul Levine | Paul Levine |
| TX0003542916 | False Dawn | Jay O Sanders; Paul Levine | Paul Levine |
| TX0003544152 | False Dawn | Jay O Sanders; Paul Levine | Paul Levine |
| TX0004654956 | Flesh and Bones: A Jake Lassiter Novel | Paul Levine | Paul Levine |
| TX0004531982 | Fool Me Twice: A Jake Lassiter Novel | Paul J Levine | Paul Levine |
| TX0006916277 | Illegal | Paul Levine | Paul Levine / Nittany Valley Productions, Inc. |
| TX0007429809 | LASSITER a Novel | Paul Levine | Paul Levine / Nittany Valley Productions, Inc. |
| TX0007585134 | Last Chance Lassiter | Paul J Levine | Paul Levine / Nittany Valley Productions, Inc. |
| TXU002486107 | Midnight Burning | Paul Levine | Paul Levine |
| TX0003722213 | Mortal Sin | Paul Levine | Paul Levine |
| TX0003141270 | Night Vision | Paul J Levine | Paul Levine |
| TXU001786973 | Paydirt | Paul Levine | Paul Levine |
| TX0003933374 | Slashback: A Jake Lassiter Novel | Paul J. Levine | Paul Levine |
| TX0009218293 | Solomon vs. Lord | Paul J Levine | Paul Levine / Nittany Valley Productions, Inc. |
| TXU001876079 | State vs. Lassiter | Paul J. Levine | Paul Levine |
| TX0007373091 | The Road to Hell | Nittany Valley Productions, Inc | Paul Levine / Nittany Valley Productions, Inc. |
| TX0002853458 | To Speak for the Dead | Paul Levine | Paul Levine |
| TX0000544620 | What's Your Verdict? | co-author of entire text, author of ill.: Dell Publishing Company, Inc., employer for hire | Paul Levine |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0007891350 | Thresholds of Illiteracy: Theory, Latin America, and the Crisis of Resistance | Abraham Acosta | Abraham Acosta |
| TX0008879152 | Brokers of Faith, Brokers of Empire: Armenians and the Politics of Reform in the Ottoman Empire | Richard E Antaramian | Richard Antaramian |
| TX0004866652 | Against the Current: Privatization, Water Markets, and the State in Chile | Carl J Bauer | Carl Bauer |
| TX0004281830 | Against the Current?: Privatization, Markets, and the State in Water Rights, Chile, 1979-1993 | Carl J Bauer | Carl Bauer |
| TX0006004166 | Siren Song: Chilean Water Law as a Model for International Reform | Carl J Bauer | Carl Bauer |
| TX0006213048 | Encyclopedia of the Gilded Age and Progressive Era | John D Buenker; Joseph Buenker | Joseph Buenker |
| TX0004001898 | Alternative Theatre in Poland, 1954-1989 | Kathleen M Cioffi | Kathleen Cioffi |
| TX0009094204 | Theatermachine: Tadeusz Kantor in Context | Magda Romanska; Kathleen Cioffi | Kathleen Cioffi |
| TX0009464584 | Angelica and La Guira | Angie Cruz | Angie Cruz |
| TX0008335784 | Daring to Write: Contemporary Narratives by Dominican Women | Erika M Martinez; Marivell Contreras; Kersy Corporan; Angie Cruz; Rhina P Espaillat; Delta Eusebio; Noris Eusebio-Pol; Yalitza Ferreras; Carolina Gonzalez; Farah Hallal; Angela Hernandez; Juleyka Lantigua-Williams; Ana-Maurine Lara; Miriam Mejia; Riamny Mendez; Jeannette Miller; Sheilly Nunez; Jina Ortiz; Sofia Quintero; Dulce Maria Reyes Bonilla; Lissette Rojas; Nelly Rosario; Ludin Santana; Leonor Suarez; Sherezada Vicioso; Julia Alvarez | Angie Cruz |
| TX0008806870 | Dominicana | Angie Cruz | Angie Cruz |
| TX0009207716 | How Not to Drown in a Glass of Water | Angie Cruz | Angie Cruz |
| TX0006169309 | Let It Rain Coffee | text: Angie Cruz | Angie Cruz |
| TX0007143073 | Love Rehearsals | Angie Cruz | Angie Cruz |
| TX0005534489 | Soledad | Angie Cruz | Angie Cruz |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0006196387 | Manhood and American Political Culture in the Cold War | writing: Kyle Anne Cuordileone | Kyle Cuordileone |
| TX0009427661 | Invisible Rulers | Renee DiResta | Renee DiResta |
| TX0008115829 | The Hardware Startup | Renee DiResta; Brady Forrest; Ryan Vinyard | Renee DiResta |
| TX0006961120 | JIHAD AND AMERICAN MEDICINE: Thinking Like a Terrorist to Anticipate Attacks via Our Health System | Adam Frederic Dorin | Adam Dorin |
| TX0007617844 | Social Marketology: Improve Your Social Media Processes and Get Customers to Stay Forever | Ric Dragon | Ric Dragon |
| TX0008028711 | IN HER KITCHEN Stories and Recipes from Grandmas Around the World | Gabriele Galimberti | Gabriele Galimberti |
| TX0008162125 | MY COUCH IS YOUR COUCH Exploring How People Live Around the World | Gabriele Galimberti | Gabriele Galimberti |
| TX0007848000 | Toy Stories | Gabriele Galimberti | Gabriele Galimberti |
| TX0008695478 | Learning Apache Drill | Charles Givre; Paul Rogers | Charles Givre |
| TX0008297129 | Crook County: Racism and Injustice in America's Largest Criminal Court | Nicole Gonzalez van Cleve | Nicole Gonzalez Van Cleve |
| TX0008649919 | The Waiting Room | Nicole Gonzalez van Cleve | Nicole Gonzalez Van Cleve |
| TX0005477440 | The Case Against Q: Studies in Markan Priority and the Synoptic Problem | Mark Goodacre | Mark Goodacre |
| TX0009562286 | The Fourth Synoptic Gospel | Mark Goodacre | Mark Goodacre |
| TX0008226676 | The Routledge Encyclopedia of Ancient Mediterranean Religions | Keren Abbou-Hershkovits; Diana Abernethy; Roshan Abraham; William Adler; Eirini Afentoulidou-Leitgeb; Mika Ahuvia; Tariq al-Jamil; Miranda Aldhouse-Green; Dale Allison; Peter Altmann; Chan Seon An; Elisha Ancselovits; Christian Askeland; Apostolos Athanassakis; George Athas; Chad Austino; Mehdi Azaiez; Bakhos Carol; Debra Ballentine; Michal Bar-Asher Siegal; Daniel Barbu; Caitlin Barrett; William Barry; | Mark Goodacre |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | | Miroslav Barta; Evan Bassett; Giovanni Bazzana; Schomit Bechar; Roger Beck; Bob Becking; Elisabeth Begemann; Yitzhak Beit-Arieh; Meir Ben Shachar; Andreas Bendlin; Brendon Charles Benz; Andrea Berlin; Christoph Berner; Frank Bernstein; Irene Berti; Todd Berzon; Piotr Bienkowski; Joshua Birk; Sandra Blakely; Josine Blok; Douglas Boin; Helen Bond; Catherine Bonesho; Ra'anan Boustan; Hugh Bowden; Marc Bregman; Laurent Bricault; Jeffrey Brodd; Robert Brody; Darlene Brooks Hedstrom; Stephanie Brown; Leslie Brubaker; Harald Buchinger; Stephanie Budin; Stephen R Burge; Tony Burke; Dylan Burns; Aaron Butts; Greg Carey; David Carr; Warren Carter; Thomas Cattoi; Honora Chapman; A. Josiah Chappell; Simeon Chavel; Benoit Claus; Wendy Closterman; Stephanie Cobb; Spencer Cole; Daniel Cochran; Yehudah Cohn; Elizabeth Colantoni; Amanda Coles; Anna Collar; Adela Yarbro Collins; Jordan Conley; Steve Cook; James Corke-Webster; Laurent Coulon; James Crenshaw; Andrew Crenshaw; Sam Crooks; Eugene Cruz-Uribe; Carly Daniel-Hughes; Erin Darby; Jason Davis; Phillip A. Davis Jr; Kathy Barrett Dawson; Theodore de Bruyn; Vanessa de Gifis; Nicola Denzey-Lewis; Genevieve Dibley; Michael Dick; Matthre Dillon; Meghan DiLuzio; Laura Dingeldein; Lorenzo DiTommaso; Helen Dixon; Lutz Doering; Natalie Dohrmann; Ryan Dulkin; David Eastman; Ingrid Edlund-Berry; Radcliffe Edmunds III; Esther Eidinow; Haleh Emrani; Gunnel Ekroth; Micheal Erler; Andrew Erskine; Nancy Evans; J. Cheryl Exum; Avraham Faust; Yitzhaq | |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | | Feder; Peter Feinman; Alexis Felder; Gary Ferngren; Steven Fine; Ari Finkelstein; Reuven Firestone; Frances Flannery; Paul Flesher; Steven D Fraade; Sarah Francis; David Frankfurter; Paula Fredriksen; Lisbeth S Fried; Isaiah M Gafni; Adam Gaiser; Karl Galinsky; Katharina Galor; Tova Ganzel; Zev Garber; Jeffrey Garcia; Gregg Gardner; Kirsten Gardner; Daniel Gargola; Susan R Garrett; Michal Gawlikowski; Laura Gawlinski; Stella Georgoudi; William K GIlders; Andrew Giorgetti; Jennifer Glancy; Fay Glinister; Matthew Goff; Robert Goldenberg; Leon Goldman; Matthew Gonzales; Mark Goodacre; Richard Gordon; Lester L Grabbe; Fritz Graf; Carin M Green; Aaron Greener; Sarit Kattan Gribetz; Marcin Grodzki; Erich Gruen; Anne Katrine de Hemmer Gudme; Philippe Guillaume; Charles Guittard; Gabriella Gustafsson; Rachel Hachlili; Judith Hadley; Zohar Hadromi-Allouche; Cynthia Hahn; Joel Hamme; Mimi Hanaoka; Robert Hannah; Daniel Harlow; Nicola Harrington; Sarah Harrison; Paul B Harvey; Gerald Hawting; Mikael Haxby; Christopher Hays; Kristian Heal; Erik Heen; Oliver Hekster; Meghan Henning; Andrew Henry; Matthais Henze; Geoffrey Herman; Miguel Herrero de Jauregui; Jens Herzer; Ze'ev Herzog; Catherine Hezser; Jill Hicks-Keeton; Richard Hindary; Steven Hijman; Sarah Hitch; Louise Hitchcock; Ingrid Hjelm; Gunther Holbl; Lora Holland; Susan Hollis; Kenneth Holum; Fabienne Huber Vulliet; John Huddlestun; David G Hunter; Samuel Huskey; William E Hutton; Mohammad Imanpour; Sandra Jacobs; | |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | | Alex Jasson; Morten Horning Jensen; Robin Jensen; Vadim Jigoulov; John C Johnson; Sara Johnson; Caroline Johnson Hodge; John J Johnson; Sarah Iles Johnston; Charles Jones; David Jorgensen; Jill Joshowitz; Ljubica Jovanovic; Anthony Kaldellis; Dayna Kalleres; John Kaltner; Noah Kaye; Emily Kearns; Othmar Keel; Jan Keetman; Allen Kerkeslager; Rachel Kevern; Reuven Kimelman; Karen King; Brad Kirkegaard; Menahem Kister; David Klotz; Ryan Knowles; Jennifer Knust; Alex Kocar; Ulla Koch; Paul Kolbert; Naomi Koltun-Fromm; Eric J Kondratieff; Ingo Kottsieper; Panagiotis Kousoulis; Ross Kraemer; Todd Krulak; Robert Kugler; Josua Kulp; Leah Laird; Jason T Lamoreaux; Brent Landau; Ruth Langer; Jacob Latham; Michael Lattke; Timothy Michael Law; Andre Lemaire; Marcie Lenk; Jack Lennon; Giuseppina Lenzo; Mark Leuchter; Yigal Levin; Lee I Levin; Nathaniel Levtow; Lynne R LiDonnici; Laura Lieber; Jane Lightfoot; Timothy Lim; James Lindenberger; Nina Livesey; Rita Lizzi Testa; Maria Helena Lopes; J. Bert Lott; AnneMarie Luijendijk; Trevor S Luke; David Lupher; Jodi Magness; Aren Maeir; Harry Maier; Francisco Marco Simon; Christine Marquis; Gunther Martin; Shelly Matthews; Lisa Maurizio; Lee M McDonald; Mark McEntire; Andrew McGowan; Anne McGuire; Jeremy McInerney; Michael Meckler; Leland Merritt; Sarianna Metso; Anthony Meyer; Marvin Meyer; Carol Meyer; Eric Meyer; Adam E Miglio; Stuart Miller; Sara Jessica Milstein; Noam Mizrahi; James D Moore; Matthew Moregenstern; Claudia Moser; Ellen | |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
| --- | --- | --- | --- |
| | | Muehlberger; Hans-Friedrich Mueller; Steven Muier; Harry Munt; Ophir Munz-Manor; Kelly Murphy; Michele Murray; Liat Naeh; Hindy Najman; Dustin Nash; Melinda G Nelson-Hurst; Hillel I Newman; Alex T Nice; Maren Niehoff; Vered Noam; Brent Nongbri; Tzvi Novick; David Noy; Barbara A Olsen; Eric Orlin; Andrei Orlov; Isabelle Pafford; Jean-Marie Pailler; Juha Pakkala; Sara Parks; Leena Mari Peltomaa; Taylor Petrey; Daniel Picus; Renee Koch Piettre; Stefania Pignattari; Marina Piranomonte; Paul-Hubert Poirier; Scott Possiel; Almira Poudrier; Michael Pregill; Alessia Prioletta; Jean-Francois Racine; Jason Radine; Ilaria Ramelli; Katie Rask; Donald Redford; Susan Redford; Eyal Regev; Stefan C Reif; Laurialan Reirzammer; Peter Richardson; Sandra Richter; Jason Riley; Andrew Rippin; James B Rives; Ryan N Roberts; Noel Robertson; Paul Robertson; Jonathan Rodgers; Gerardo Rodriguez; Brett Rogers; Max Rogland; Lynn Roller; Christopher Rolston; Ishay Rosen-Zvi; Jordan Rosenblum; Irene Rossi; Dieter Roth; Charlotte Roueche; Robert Royalty; Mohammed Rustom; Nerina Rustomji; Ian Rutherford; Jeanne-Nicole Saint-Laurent; Irene Salvo; Kaj Sandberg; Seth Sanders; Frederico Santangelo; Ennio Sanzi; Yitshaq Sapir; Michael L Satlow; Susan Satterfield; Foy Scalf; Lawrence H Schiffman; Dan Schowalter; Daniel Schwartz; Ian W Scott; Michael Scott; JoAnne Scurlock; Richard Seaford; Shai Secunda; Eliezer Segal; Carlos A Segovia; Simonetta Serra; Tina Sessa; Nadav Sharon; Stephen Shoemaker; Luis Siddall; Moshe Simon-Shoshan; | |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
| --- | --- | --- | --- |
| | | Rebecca Sinos; Anna Sitz; Tamara Siuda; Hagith Sivan; Jean Louis Ska; Daniel A Smith; Kyle Smith; Benjamin D Sommer; Kerry Sonia; Barbette Spaeth; Loren Spielman; Emma Stafford; John W Stamper; Jon Stanfill; Eva M Stehle; Dina Stein; Guenter Stemberger; Alistair Stewart; Devin Stewart; Daniel Stokl Ben Ezra; Bradley Storin; Lisa Straus; Jacob Stromberg; Christopher Stroup; Loren T Stuckenbruck; Lisa Swart; Jason Tatlock; Joan Taylor; Kynthia Taylor; Rabun Taylor; Juan Manuel Tebes; Alfons Teipen; Esma Tengour; Tommaso Tesei; Einar Thomassen; Peter Thonemann; Andrew Tobolowsky; Roberto Tottoli; Ronald L Troxel; John Turner; Shani Tzoref; Rivka Ulmer; David Ussishkin; Pieter van der Horst; Francoise van Haeperen; Jan W van Henten; Peter van Nuffelen; Eric Vanden Eykel; Zsyzsanna Varhelyi; Yuhan Sohrab-Dinshaw Vevaiana; Moulie Vidas; Lily Vuong; Caroline Waerzeggers; Brandon Walker; Xuanhua Wang; Valerie Warrior; Mira Wasserman; Sarah Klitenic Wear; Phillip Webster; Dvora E Weisberg; Ze'ev Weiss; Heidi Wendt; Rod Werline; Cana Werman; David Wheeler-Reed; Kari Wheeler-Reed; Helene Whittaker; Bronwen L Wickkiser; Scott Williams; Ian Wilson; Benjamin Wold; Samuel R Wolff; Ian Wood; Philip Wood; Greg Woolf; William M. Wright IV; Jed Wyrick; Azzan Yadin-Israel; Luke Yarbrough; Nathan Yearian; David Young; Steven Young; Hamza Zafer; Paul Zimansky; Ilona Zsolnay; Sharon Zuckerman | |
| TX0007604106 | Thomas and the Gospels | Mark Goodacre | Mark Goodacre |
| TX0008851508 | A Revolution in Fragments: Traversing Scales of Justice, | Mark Goodale | Mark Goodale |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | Ideology, and Practice in Bolivia | | |
| TX0008568643 | Anthropology and Law: A Critical Introduction | Mark Goodale; Sally Engle Merry | Mark Goodale |
| TX0007134051 | Dilemmas of Modernity, Bolivian Encounters with Law and Liberalism[1] | Mark Goodale | Mark Goodale |
| TX0007665971 | Human Rights at the Crossroads | Mark Goodale | Mark Goodale |
| TX0008423664 | Human Rights Encounter Legal Pluralism: Normative and Empirical Approaches | Giselle Corradi; Eva Brems; Mark Goodale | Mark Goodale |
| TX0008557934 | Letters to the Contrary: A Curated History of the UNESCO Human Rights Survey | Mark Goodale | Mark Goodale |
| TX0007768387 | Neoliberalism, Interrupted: Social Change and Contested Governance in Contemporary Latin America | Mark Goodale; Nancy Postero; Adriana Salcedo; Sujatha Fernandes; David Gow; Analiese M Richard; Christopher Krupa; Veronica Schild; Elana Zilberg | Mark Goodale |
| TX0007533310 | Practicing Ethnography in Law: New Dialogues, Enduring Methods | June Starr; Mark Goodale | Mark Goodale |
| TX0009146045 | Reinventing Human Rights | Mark Goodale | Mark Goodale |
| TX0007033085 | Surrendering to Utopia: An Anthropology of Human Rights | Mark Goodale | Mark Goodale |
| TX0008647001 | The Bolivia Reader | Sinclair Thomson; Rossana Barragán; Xavier Albó; Seemin Qayum; Mark Goodale | Mark Goodale |
| TX0006244713 | Power Marketing for Wedding and Portrait Photographers | Mitche Graf | Mitche Graf |
| TX0007304560 | Power Marketing, Selling, and Pricing: A Business Guide for Wedding and Portrait Photographers, 2nd Edition | Mitche Graf | Mitche Graf |

[1] This title reflects an error included in the U.S. Copyright Office registration data; the correct title is *Dilemmas of Modernity, Bolivian Encounters with Law and Liberalism*.

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0007492305 | Pro Tools 10 Ignite!: The Visual Guide for New Users, 1e | Andrew Hagerman | Andrew Hagerman |
| TX0007906364 | Pro Tools 11 Ignite! The Visual Guide for New Users, 1e | Andrew Hagerman | Andrew Hagerman |
| TX0007429005 | Pro Tools 9 Ignite!, 1e | Andrew Hagerman | Andrew Hagerman |
| TX0006864325 | Pro Tools LE 7 Ignite!: The Visual Guide for New Users, 2nd Ed | Andy Hagerman | Andrew Hagerman |
| TX0007167021 | Pro Tools LE 8 Ignite!: The Visual Guide for New Users, 1e | Andrew Hagerman | Andrew Hagerman |
| TX0006306157 | Pro Tools LE7 Ignite!: The Visual Guide for New Users | Andrew Hagerman | Andrew Hagerman |
| TX0006607605 | Working with Beats in Pro Tools: Skill Pack | Andrew Hagerman | Andrew Hagerman |
| TX0003932488 | DNA and Free Radicals | Barry Halliwell; Okezie I Aruoma | Barry Halliwell |
| TX0006072821 | Herbal and Traditional Medicine: Molecular Aspects of Health | Lester Packer; Choon Nam Ong; Barry Halliwell | Barry Halliwell |
| TXU002141675 | The Arsonist in the Office: Fireproofing Your Life Against Toxic Coworkers, Bosses, Employees, and Cultures | Pete Havel | Pete Havel |
| TX0006236283 | Blood Legacy[2] | Kerri Anne Hawkins | Kerri Hawkins |
| TX0006236269 | The House of Alexander | Kerri Anne Hawkins | Kerri Hawkins |
| TX0008382085 | How to Make It in the New Music Business: Practical Tips on Building a Loyal Following and Making a Living as a Musician | Ari Herstand | Ari Herstand |
| TX0005284761 | Biotic Stress and Yield Loss | Robert K. D Peterson; Leon G Higley | Leon Higley |
| TX0004466369 | Economic Thresholds for Integrated Pest Management | Leon George Higley; Larry Preston Pedigo | Leon Higley |
| TX0002510772 | Manual of Entomology and Pest Management | Leon G Higley; Laura L Karr; Larry P Pedigo | Leon Higley |
| TX0007316656 | The Ecology of Place: Contributions of Place- | Ian Billick; Mary Price; Sharon Kingsland; Don Waller; Susan Flader; H. Ronald Pulliam; Nickolas M | Leon Higley |

[2] This title reflects an error included in the U.S. Copyright Office registration data; the correct title is *Blood Legacy: The Story of Ryan*.

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | Based Research to Ecological Understanding | Waser; Philip W Rundel; Peter Grant; Rosemary Grant; Kenneth B Armitage; James Estes; Barbara L Peckarsky; J. David Allan; Brad W Taylor; Angus R McIntosh; Richard S Ostfeld; Clive G Jones; Robert T Paine; J. Timothy Wootton; Catherine A Pfister; Charles Curtin; Charles J Krebs; Svata Louda; Leon G Higley; Stephen P Hubbell; Catherine E Koehler; Paul Aigner; Peter Feinsinger; Samara Alvarez; Geovana Carreno; Rosa Leny Cuellar; Andrew Noss; Felix Daza; Mireiza Figuera; Lainet Garcia; Aylin Alegre; Maikel Canizares; Alejandra Roldan; Edmundo Rivera | |
| TX0005700118 | Beyond Software Architecture: Creating and Sustaining Winning Solutions | Luke Hohmann | Luke Hohmann |
| TX0006441328 | Innovation Games: Creating Breakthrough Products Through Collaborative Play | Luke Hohmann | Luke Hohmann |
| TX0004408746 | Journey of the Software Professional: A Sociology of Software Development | Luke Hohmann | Luke Hohmann |
| TX0001063609 | A Generative Theory of Tonal Music | Ray S Jackendoff; Fred Lerdahl | Ray Jackendoff |
| TX0002188443 | Consciousness and the Computational Mind | Ray Jackendoff | Ray Jackendoff |
| TX0006942934 | Language, Consciousness, Culture: Essays on Mental Structure | Ray Jackendoff | Ray Jackendoff |
| TX0005032845 | Language, Logic, and Concepts: Essays in Memory of John Macnamara | Ray Jackendoff; Paul Bloom; Karen Wynn | Ray Jackendoff |
| TX0003462083 | Languages of the Mind: Essays on Mental Representation | Ray Jackendoff | Ray Jackendoff |
| TX0003720592 | Patterns in the Mind: Language and Human Nature | Ray Jackendoff | Ray Jackendoff |
| TX0002939637 | Semantic Structures | Ray Jackendoff | Ray Jackendoff |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0001293425 | Semantics and Cognition | Ray S Jackendoff | Ray Jackendoff |
| TX0004494588 | The Architecture of the Language Faculty | Ray Jackendoff | Ray Jackendoff |
| TX0007387419 | The Art of the Trade: What I Learned (and Lost) Trading the Chicago Futures Markets | Jason Alan Jankovsky | Jason Alan Jankovsky |
| TX0007388760 | Time Compression Trading | Jason Alan Jankovsky | Jason Alan Jankovsky |
| TX0006583902 | Trading Rules That Work: The 28 Essential Lessons Every Trader Must Master | Jason Alan Jankovsky | Jason Alan Jankovsky |
| TX0009015913 | The Snow Killings: Inside the Oakland County Child Killer Investigation | Marney Rich Keenan | Marney Keenan |
| TX0007329513 | Cracking Codes & Cryptograms for Dummies | Denise Sutherland; Mark Rothko-Rivera | Mark Koltko-Rivera |
| TX0005179303 | The Worldview Assessment Instrument (WAI): The Development and Preliminary Validation of an Instrument to Assess Worldview Components Relevant to Counseling and Psychotherapy | entire text: Mark Edward Koltko-Rivera | Mark Koltko-Rivera |
| TX0006985185 | Scorecard Best Practices | Raef Lawson; Toby Hatch; Denis Desroches | Raef Lawson |
| TX0008612277 | Bigly: Donald Trump in Verse | Rob Long | Rob Long |
| TX0004446594 | Conversations with My Agent | Rob Long | Rob Long |
| TX0008346242 | The Death of the Book: Modernist Novels and the Time of Reading | John Lurz | John Lurz |
| TX0008124942 | Getting (More of) What You Want | Margaret A. Neale; Thomas Z. Lys | Thomas Lys |
| TX0009316630 | "Ofrendas" | Guadalupe Garcia McCall | Guadalupe Garcia McCall |
| TX0008668433 | All the Stars Denied | Guadalupe Garcia McCall | Guadalupe Garcia McCall |
| TX0009473837 | Echoes of Grace | Guadalupe García McCall | Guadalupe Garcia McCall |
| TX0009355654 | Echoes of Grace | Guadalupe Garcia McCall | Guadalupe Garcia McCall |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0009401794 | Secret of the Moon Conch | David Bowles; Guadalupe Garcia McCall | Guadalupe Garcia McCall |
| TX0008353583 | Shame the Stars | Guadalupe Garcia McCall | Guadalupe Garcia McCall |
| TX0007654265 | Summer of the Mariposas | Guadalupe Garcia McCall | Guadalupe Garcia McCall |
| TX0007521831 | Under the Mesquite | Guadalupe Garcia McCall | Guadalupe Garcia McCall |
| TX0006061319 | Ramblings from a Captured Heart: 30 Day Devotional | Shannon McElroy | Shannon McElroy |
| TX0001728832 | Register Allocation and Data Conversion in Machine | Samuel J Leffler; Marshall Kirk McKusick | Marshall Kirk McKusick |
| TX0002476283 | The Design and Implementation of the 4.3BSD UNIX Operating System | Samuel J Leffler; Marshall Kirk McKusick; Michael J Karels; John S Quarterman | Marshall Kirk McKusick |
| TX0003023567 | The Design and Implementation of the 4.3BSD Unix Operating System: Answer Book | Samuel J Leffler; Marshall Kirk McKusick | Marshall Kirk McKusick |
| TX0004261165 | The Design and Implementation of the 4.4BSD Operating System | Marshall Kirk McKusick; Keith Bostic; Michael J Karels; John S Quarterman | Marshall Kirk McKusick |
| TX0006034316 | The Design and Implementation of the FreeBSD Operating System | Marshall Kirk McKusick; George V Neville-Neil | Marshall Kirk McKusick |
| TX0007992173 | The Design and Implementation of the FreeBSD(R) Operating System, 2/E | Marshall Kirk McKusick; George V Neville-Neil; Robert N.M Watson | Marshall Kirk McKusick |
| TX0007573784 | Environmental Health Narratives: A Reader for Youth | Emily Mendenhall; Adam D Koon | Emily Mendenhall |
| TX0006922100 | Global Health Narratives: A Reader for Youth | Emily Mendenhall | Emily Mendenhall |
| TX0009411555 | Rethinking Diabetes: Entanglements with Trauma, Poverty, and HIV | Emily Mendenhall | Emily Mendenhall |
| TX0007941625 | Syndemic Suffering[3] | Emily Mendenhall | Emily Mendenhall |

[3] This title reflects an error included in the U.S. Copyright Office registration data; the correct title is *Syndemic Suffering: Social Distress, Depression, and Diabetes among Mexican Immigrant Women*.

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0006744727 | The VIDDA Syndemic: Distress and Diabetes in Social and Cultural Context | Emily Mendenhall | Emily Mendenhall |
| TX0009101941 | Unmasked: COVID, Community, and the Case of Okoboji | Emily Mendenhall | Emily Mendenhall |
| TX0008978450 | Killing Time: A Tale of Physics, Lust and Greed Book 3 | Mike Murphey | Mike Murphey Books, LLC |
| TX0008883703 | Taking Time... a Tale of Physics, Lust and Greed | Mike Murphey | Mike Murphey |
| TX0008827642 | The Conman | Mike Murphey | Mike Murphey |
| TX0009223881 | The Outlaw Gillis Kerg ... Physics, Lust and Greed Series, Book 4 | Mike Murphey | Mike Murphey |
| TX0007015112 | Solkattu Manual: An Introduction to the Rhythmic Language of South Indian Music | David P Nelson | David Nelson |
| TX0008181387 | Modeling and Simulation of Computer Networks and Systems: Methodologies and Applications, First Edition | Mohammad S Obaidat; Faouzi Zarai; Petros Nicopolitidis | Petros Nicopolitidis |
| TX0008573978 | Literature and Cartography: Theories, Histories, Genres | Anders Engberg-Pedersen; Jean-Marc Besse; Barbara Piatti; Robert Stockhammer; Oliver Simons; Bruno Bosteels; Burkhardt Wolf; Simone Pinet; Ricardo Padron; Tom Conley; John K Noyes; Patrick M Bray; Dominic Thomas; Martin Bruckner; Jorg Dunne; Clara Rowland | John Noyes |
| TX0004703734 | The Mastery of Submission: Inventions of Masochism | John K Noyes | John Noyes |
| TX0009076710 | Fast Forward, Play, and Rewind | Michael Oberman | Michael Oberman |
| TX0006944922 | Primary Immunodeficiency Diseases: A Molecular & Cellular Approach, 2nd Ed | Hans D Ochs; Edward C I Smith; Jennifer M Puck | Hans Ochs |
| TX0004885683 | Primary Immunodeficiency Diseases: A Molecular and Genetic Approach | Hans D Ochs; C. I. Edvard Smith; Jennifer M Puck | Hans Ochs |
| TX0007829610 | Primary Immunodeficiency Diseases: A Molecular and | C. I. Edvard Smith; Hans D. Ochs; Jennifer M. Puck | Hans Ochs |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | Genetic Approach, Third Edition | | |
| TX0003471609 | Emerging Themes in Cognitive Development: Vol. 1, Foundations | Mark L Howe; Robert Pasnak | Robert Pasnak |
| TX0003462617 | Emerging Themes in Cognitive Development: Vol. 2, Competencies | Robert Pasnak; Mark L Howe | Robert Pasnak |
| TXU000339726 | Piacceleration Concept Manual | Janice Whitten Campbell; Robert Pasnak | Robert Pasnak |
| TX0002414276 | Simplified Statistics | Robert Pasnak | Robert Pasnak |
| TX0007464992 | Fundamental Medical Mycology | Errol Reiss, PhD; H. Jean Shadomy, PhD; G. Marshall Lyon III, MD | Errol Reiss |
| TX0001910167 | Molecular Immunology of Mycotic and Actinomycotic Infections | Errol Reiss | Errol Reiss |
| TX0009303178 | Collateral Damage: The Influence of Political Rhetoric on the Incorporation of Second-Generation Americans | Sean Richey | Sean Richey |
| TX0008589162 | Google and Democracy: Politics and the Power of the Internet | Sean Richey; J. Benjamin Taylor | Sean Richey |
| TX0007405226 | Social Networks and Japanese Democracy: The Beneficial Impact of Interpersonal Communication in East Asia | Ken'ichi Ikeda; Sean Richey | Sean Richey |
| TX0007845863 | The Social Basis of the Rational Citizen: How Political Communication in Social Networks Improves Civic Competence | Sean Richey | Sean Richey |
| TX0005935032 | Voting by Mail: Institutional Reform and Political Participation in Oregon | entire text: Sean E. Richey | Sean Richey |
| TX0007823744 | Foundations of Forensic Vocational Rehabilitation | Rick H Robinson | Rick Robinson |
| TX0008698563 | Fruit of the Drunken Tree: A Novel | Ingrid Rojas Contreras | Ingrid Rojas Contreras |
| TX0009239191 | The Man Who Could Move Clouds | Ingrid Rojas Contreras | Ingrid Rojas Contreras |
| TX0000968551 | Baecklund Transformations and Their Applications | C Rogers; W. F Shadwick | William Francis Shadwick |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0000386820 | Local Jet Bundle Formulation of Baecklund Transformations: With Applications to Non-linear Evolution Equations | Felix A. E Pirani; David Clyde Robinson; William F Shadwick | William Francis Shadwick |
| TX0004247265 | Mechanics Day | William F Shadwick; Perinkulam Sambamurthy Krishnaprasad; Tudor Stefan Ratiu | William Francis Shadwick |
| TX0007024611 | Solution Focused Practice in End-of-Life & Grief Counseling | Joel K Simon | Joel Simon |
| TX0008193807 | Solution-Focused Case Management | Robert G Blundo; Joel Simon | Joel Simon |
| TX0007925258 | Introduction to Crowd Science | G. Keith Still | G. Keith Still |
| TX0007461866 | I WANT MY MTV: The Uncensored Story of the Music Video Revolution | Craig Marks; Rob Tannenbaum | Rob Tannenbaum |
| TX0009431058 | A Dictionary of Nafsan, South Efate, Vanuatu: Mpet Nafsan Ni Erakor | Nick Thieberger; Erakor Community | Nick Thieberger |
| TX0006483437 | A Grammar of South Efate: An Oceanic Language of Vanuatu | Frank Alfos; Kar Albert; Nicholas Thieberger; Russell Andre | Nick Thieberger |
| TX0009013910 | A Grammar of South Efate: An Oceanic Language of Vanuatu | Nicholas Thieberger | Nick Thieberger |
| TX0007778999 | Direction & Quality of Light: Your Key to Better Portrait Photography Anywhere | Neil van Niekerk | Neil van Niekerk |
| TX0007525467 | Off-Camera Flash Techniques for Digital Photographers | Neil van Niekerk | Neil van Niekerk |
| TX0007304564 | On-Camera Flash Techniques for Digital Wedding and Portrait Photography | Neil van Niekerk | Neil van Niekerk |
| TX0007015442 | Career Distinction: Stand Out by Building Your Brand | Kirsten Dixson; William Arruda | Kirsten Vernon |
| TX0005798669 | And Now You Can Go: A Novel | Vendela Vida | Vendela Vida |
| TX0005003378 | Girls on the Verge: Debutante Dips, Gang | Vendela Vida | Vendela Vida |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| | Drive-Bys, and Other Initiations | | |
| TX0006500051 | Let the Northern Lights Erase Your Name | Vendela Vida | Vendela Vida |
| TX0008113114 | The Diver's Clothes Lie Empty | Vendela Vida | Vendela Vida |
| TX0007205158 | The Lovers | Vendela Vida | Vendela Vida |
| TX0009085537 | We Run the Tides | Vendela Vida | Vendela Vida |
| TX0006934588 | A Science of Decision Making: The Legacy of Ward Edwards | Jie W. Weiss; David J. Weiss | David Weiss |
| TX0006340247 | Analysis of Variance and Functional Measurement: A Practical Guide | David J Weiss | David Weiss |
| TX0007593409 | Analysis of Variance and Functional Measurement: A Practical Guide, Includes CD-ROM | David J. Weiss | David Weiss |
| TX0009085948 | At the Limit of the Obscene: German Realism and the Disgrace of Matter | Erica Weitzman | Erica Weitzman |
| TX0008148704 | Irony's Antics: Walser, Kafka, Roth, and the German Comic Tradition | Erica Weitzman | Erica Weitzman |
| TX0006752474 | Returns of Laughter: Comic Irony in Walser, Kafka, and Roth | entire text: Erica Weitzman | Erica Weitzman |
| TX0004404061 | Charming Cadavers: Horrific Figurations of the Feminine in Indian Buddhist Hagiographic Literature | Liz Wilson; foreword: Catharine R. Stimpson | Liz Wilson |
| TX0007763135 | Family in Buddhism | Liz Wilson | Liz Wilson |
| TX0005865646 | The Living and the Dead: Social Dimensions of Death in South Asian Religions | Liz Wilson | Liz Wilson |
| TX0005599886 | Kick Start Your Dream Business: Getting It Started and Keeping You Going | Romanus Wolter | Romanus Wolter |
| TX0006342839 | Kick Start Your Success | Romanus Wolter | Romanus Wolter |
| PA0000740428 | Trunkus the Traveling Mousyphant: In Washington, D. C | Romanus Wolter | Romanus Wolter |